■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER ARIOLA, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER ARIOLA, Appellant. (Appeal No. 2.) [793 NYS2d 923]—Motion for reargument granted and, upon reargument, the memorandum and order entered February 4, 2005 (15 AD3d 882 [2005]), is amended by deleting the first word of the last sentence of the memorandum and adding the following sentence as the last sentence of

the memorandum: "Finally we have reviewed the contentions raised by defendant in his pro se supplemental brief and conclude that they are without merit." Present—Pigott, Jr., P.J., Green, Gorski, Martoche and Hayes, JJ.